UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00182

**Steven Louis Massey, Jr.,**
*Plaintiff,*

v.

**Elliot Townsend,**
*Defendant.*

### ORDER

Plaintiff Steven Louis Massey, Jr., proceeding pro se and *in forma pauperis*, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a report and recommendation (Doc. 12) concluding that plaintiff's motion for preliminary injunction (Doc. 10) should be denied for failing to meet the necessary prerequisites for a preliminary injunction. *See Libertarian Party of Texas v. Fainter*, 741 F.2d 728, 729 (5th Cir. 1984); Fed. R. Civ. P. 65. Plaintiff did not object to the report and recommendation.

Finding no clear error, abuse of discretion, or legal conclusions contrary to law, the court accepts the report and recommendation (Doc. 12). For the reasons stated in the report, plaintiff's motion for preliminary injunction (Doc. 10) is denied.

*So ordered by the court on July 29, 2022.*

J. CAMPBELL BARKER
United States District Judge